FILED
HARRISBURG, PA
MAR 0 1 2022
PER ___ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES GOODERMUTH,<br>Plaintiff, | : NO. 1:21-CV-01017 |
| -vs- | : (SCHWAB, M.J.) |
| KILOLO KIJAKAZI,<br>Acting Commissioner<br>of Social Security,<br>Defendant. | : [FILED VIA ECF] |

## JUDGMENT ORDER

AND NOW, this 1st day of March, 2022, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_/s/ S.E. Schwab_
SUSAN E. SCHWAB
U.S. Magistrate Judge